JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE ALBERT WILLIAMS SR., <br><br> Plaintiff, <br><br> v. <br><br> DCFS *et al.*, <br><br> Defendants. | Case No. 2:18-cv-09445-CJC (MAA) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED:

August 27, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE